**BILLY J. WILLIAMS, OSB #901366**
United States Attorney
District of Oregon
**JARED D. HAGER, WSB #38961**
Assistant United States Attorney
United States Attorney's Office
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204-2902
Email: jared.hager@usdoj.gov
Telephone:   503.727.1120
        Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| **AMBER CORDRY-MARTINEZ,** an individual, | Case No. 6:17-CV-00663 |
| Plaintiff, | NOTICE OF REMOVAL OF CIVIL ACTION |
| v. | |
| **OREGON ARMY NATIONAL GUARD**, an Oregon state agency, and **THEODORE SANTOYO**, an individual, in his individual and official capacities, | |
| Defendants. | |

**To: The United States District Court for the District of Oregon**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441-1446, on behalf of the Defendants, the Oregon Army National Guard and Theodore Santoyo, Billy J. Williams, United States Attorney for the District of Oregon, and Jared D. Hager, Assistant United States Attorney, file this Notice of Removal of Civil Action to remove Marion County Circuit Court, State of Oregon, Case No. 17CV11590, to this Court for the following reasons:

Page 1      Notice of Removal of Civil Action
        *Cordry-Martinez v. Oregon Army National Guard*, Case No. 6:17-CV-00663

1.  On or about March 16, 2017, Plaintiff Amber Cordry-Martinez filed a civil action against the Oregon Army National Guard and Theodore Santoyo seeking $952,500.00 in damages for alleged employment discrimination under ORS 659A.030, retaliation under ORS 659A.199 and 659A.203, wrongful discharge, and constitutional violations under 42 U.S.C. § 1983.  The civil action—titled *Cordry-Martinez v. Oregon Army National Guard* and numbered 17-cv-11590—is before the Marion County Circuit Court, in the State of Oregon.

2.  The Defendants are authorized by statute to remove this case to federal court because Ms. Cordry-Martinez and Mr. Santoyo were under active duty orders of the United States Army at all relevant times of all material factual allegations set forth in the complaint, making them federal officers for purposes of this litigation.  *See* 28 U.S.C. § 1442(a)(1).  Specifically, between January 1, 2012 and September 30, 2015, both Ms. Cordry-Martinez and Mr. Santoyo were active duty soldiers lawfully called to service by the United States Army pursuant to 32 U.S.C. § 502(f).  *See* Attachment 1, Cordry-Martinez Active Duty Orders, at 1-21; Attachment 2, Santoyo Active Duty Orders, at 1-16.

3.  With this Notice of Removal of Civil Action, the Defendants are filing a copy of all process, pleadings, and orders in this action as required by 28 U.S.C. § 1446(a).  *See* Attachment 3, State Court Pleadings.

4.  A copy of this Notice of Removal of Civil Action is being served upon Plaintiff's counsel, Micah Fargey, and a copy shall be filed with the Court Clerk of Marion County, Oregon, as required by 28 U.S.C. § 1446(d).

WHEREFORE, the above-captioned case is removed from the Marion County Circuit Court, State of Oregon, to this Court pursuant to 28 U.S.C. § 1442(a)(1).

Dated this 27th day of April 2017.

                                      Respectfully submitted,

                                      BILLY J. WILLIAMS
                                      United States Attorney
                                      District of Oregon

                                      */s/ Jared D. Hager*
                                      JARED D. HAGER
                                      Assistant United States Attorney
                                      Attorneys for the Defendants