```
                          OREGON MILITARY DEPARTMENT
                          JOINT FORCE HEADQUARTERS
                                 PO BOX 14350
                           SALEM, OREGON 97309-5047

 ORDERS 074-176                                          14 March 2012

 Following order is amended as indicated.

 So much of:  Orders 331019 this Hq dtd 27 November 2011

 Pertaining to:

    ADSW for CORDRYMARTINEZ AMBER        ████      SSG  HHC 141 SPT BN
 (QL1T0-641)     ████████████        ████████████            97211

 As reads: Period (TDY) : 16 November 2011 - 31 March 2012
 How changed: IATR:
    Period (TDY) : 16 November 2011 - 15 April 2012
 Auth: Title 32 USC SUBSEC 502 (f)
 APC DJMS_RC: E3E40D  PM/TDC: DS0 40D ADSW-STATE PLANS
 Format: 700  *


 BY ORDER OF THE GOVERNOR:
                                    \\\\\\\\\\\\\//////////
                                    \\   HQ, ORARNG    //
                                    \\    OFFICIAL     //
                                    \\\\\\\\\\\\\//////////
 DISTRIBUTION:                      RAYMOND F. REES
 2-DCSPER, 1-DCSPER-O, 1-DCSOPS     Major General
 3-USPFO, 1-DCSPER-SIB, 1-HRO       The Adjutant General


                 FOR OFFICIAL USE ONLY - PRIVACY ACT
                 FOR OFFICIAL USE ONLY - PRIVACY ACT
```

Cordry-Martinez v. Oregon Army National Guard,
Case No. 6:17-CV-00663

OREGON MILITARY DEPARTMENT
JOINT FORCE HEADQUARTERS
PO BOX 14350
SALEM, OREGON 97309-5047

ORDERS 099-227                                              08 April 2012

CORDRYMARTINEZ AMBER          ████████    SSG  HHC 141 SPT BN
(QL1T0-641) ████████████████       ████████████       97211

You are ordered to Full Time National Guard Duty - Operational Support (FTNGD-OS)
for the period shown plus allowable travel time.  Upon completion of the period of
FTNGD-OS unless sooner released or extended by proper authority, you will return to
the place where you entered FTNGD-OS and be released from such duty.

Period (TDY) : 16 April 2012    - 18 April 2012
Report to: AASF #1, Salem, OR
Reporting time/date: 0800 16 April 2012
Purpose: Counterdrug Mission #: OR-12-0002
Additional instructions:
  (a) Soldiers with orders authorizing travel entitlements beyond mileage
      reimbursement will file their voucher utilizing DTS.  Mileage only
      entitlements can be reimbursed via Military Pay.
  (b) Travel by POV is authorized as most advantageous to the GVMT.
  (c) Quarters and meals are not available.
  (d) Travel arrangements made thru DTS.
      THIS IS NOT A TRAVEL ORDER.
  (e) Receipts for lodging are required for reimbursement.
      You are responsible for reporting to your next duty station or school in
      satisfactory physical condition, able to pass the APFT, and meet weight
      standards.
  (f) "VHA IS PAYABLE DURING SUCH TRAINING PERIODS".
  (g) DO NOT PROCESS PAY AT UNIT LEVEL.  DEO ASSUMES RESPONSIBILITY FOR PAY.
  (h) (PAYROLL:  NON-ADAPS).  (ADSW-CDSP).


FOR ARMY USE
Auth: Title 32 USC SUBSEC 502 (f)
HOR: ████████████████       ████████████
APC DJMS-RC: E3E40D  TDC 40D ADSW-STATE PLANS
APC STANFINS Pay:  1D0C    APC STANFINS Travel: 1D0C
Acct clas:
 Enl pay/alw: 2122060 18-1035 P1M31.1C00-1198/1199/1210/1250 S35047  DS0  8BAAA
   SRN: COR36540992270  JON/CCC: 1D0C49/491D0C  Cost Estimate: $    511
PEBD: 931108
Federal WE: M04
State tax code: OR
Marital status / Number of dependents: M03


FOR OFFICIAL USE ONLY - PRIVACY ACT
FOR OFFICIAL USE ONLY - PRIVACY ACT


ORDERS  099-227  HQ OR NG, OTAG,  08 April 2012

Type of incentive pay: NONE
Type of special pay: NONE
Scty cl: SECRET
Format: 282


BY ORDER OF THE GOVERNOR:

                            \\\\\\\\\\\\\//////////
                            \\    HQ, ORARNG    //
                            \\      OFFICIAL     //
                            \\\\\\\\\\\\\//////////
DISTRIBUTION:               RAYMOND F. REES
2-DCSPER, 1-DCSPER-O, 1-DCSOPS   Major General

55.87.5.233/web/1204/120408099227.htm
  3-USPFO, 1-DCSPER-SIB, 1-HRO              The Adjutant General

                        FOR OFFICIAL USE ONLY - PRIVACY ACT
                        FOR OFFICIAL USE ONLY - PRIVACY ACT

Cordry-Martinez v. Oregon Army National Guard,          Att. 1, Page 3 of 21
Case No. 6:17-CV-00663

```
                      OREGON MILITARY DEPARTMENT
                      JOINT FORCE HEADQUARTERS
                            PO BOX 14350
                       SALEM, OREGON 97309-5047
ORDERS 100-067                                    09 April 2012

Following order is amended as indicated.

So much of:  Orders 099227 this Hq dtd 08 April 2012

Pertaining to:

    ADSW for CORDRYMARTINEZ AMBER        ███████    SSG  HHC 141 SPT BN
 (QL1T0-641) ████████████              ████████████           97211

As reads: Period (TDY) : 16 April - 18 April 2012
How changed: IATR:
   Period (TDY) : 16 April 2012 - 18 May 2012
   VOCO: 09 April 2012
Auth: Title 32 USC SUBSEC 502 (f)
APC DJMS_RC: E3E40D  PM/TDC: DS0 40D ADSW-STATE PLANS
Format: 700  *


BY ORDER OF THE GOVERNOR:
                               \\\\\\\\\\\\\//////////
                               \\    HQ,  ORARNG    //
                               \\      OFFICIAL     //
                               \\\\\\\\\\\\\//////////
DISTRIBUTION:                  RAYMOND F. REES
2-DCSPER, 1-DCSPER-O, 1-DCSOPS  Major General
3-USPFO, 1-DCSPER-SIB, 1-HRO    The Adjutant General


                FOR OFFICIAL USE ONLY - PRIVACY ACT
                FOR OFFICIAL USE ONLY - PRIVACY ACT
```

Cordry-Martinez v. Oregon Army National Guard,        Att. 1, Page 4 of 21
Case No. 6:17-CV-00663

```
                     OREGON MILITARY DEPARTMENT
                     JOINT FORCE HEADQUARTERS
                            PO BOX 14350
                       SALEM, OREGON 97309-5047
ORDERS 123-145                                     02 May 2012

Following order is amended as indicated.

So much of:  Orders 099227 this Hq dtd 08 April 2012

Pertaining to:

   ADSW for CORDRYMARTINEZ AMBER      ████████  SSG  HHC 141 SPT BN
(QL1T0-641) █████████████████████████████████████  97211

As reads: Period (TDY) : 16 April 2012 - 18 April 2012
How changed: IATR:
  Period (TDY) : 16 April 2012 - 30 September 2012
  VOCO 08APR2012
Auth: Title 32 USC SUBSEC 502 (f)
APC DJMS_RC: E3E40D  PM/TDC: DS0 40D ADSW-STATE PLANS
Format: 700  *


BY ORDER OF THE GOVERNOR:
                                \\\\\\\\\\\\//////////
                                \\   HQ, ORARNG    //
                                \\    OFFICIAL     //
                                \\\\\\\\\\\\//////////
DISTRIBUTION:                   RAYMOND F. REES
2-DCSPER, 1-DCSPER-O, 1-DCSOPS  Major General
3-USPFO, 1-DCSPER-SIB, 1-HRO    The Adjutant General

                   FOR OFFICIAL USE ONLY - PRIVACY ACT
                   FOR OFFICIAL USE ONLY - PRIVACY ACT
```

Cordry-Martinez v. Oregon Army National Guard,        Att. 1, Page 5 of 21
Case No. 6:17-CV-00663

OREGON MILITARY DEPARTMENT
JOINT FORCE HEADQUARTERS
PO BOX 14350
SALEM, OREGON 97309-5047

ORDERS 264-175                                    20 September 2012

CORDRYMARTINEZ AMBER            ████  SSG  HHC 141 SPT BN
(QL1T0-641) ████████        ████            ████████      97211

You are ordered to Full Time National Guard Duty - Operational Support (FTNGD-OS)
for the period shown plus allowable travel time.  Upon completion of the period of
FTNGD-OS unless sooner released or extended by proper authority, you will return to
the place where you entered FTNGD-OS and be released from such duty.

Period (TDY) : 01 October 2012   - 31 December 2012
Report to: AASF #1, Salem, OR
Reporting time/date: 0800 01 October 2012
Purpose: Counterdrug Mission #: OR-13-0003
Additional instructions:
   (a) Soldiers with orders authorizing travel entitlements beyond mileage
       reimbursement will file their voucher utilizing DTS.  Mileage only
       entitlements can be reimbursed via Military Pay.
   (b) Travel by POV is authorized as most advantageous to the GVMT.
   (c) Quarters and meals are not available.
   (d) Travel arrangements made thru DTS.
       THIS IS NOT A TRAVEL ORDER.
   (e) "VHA IS PAYABLE DURING SUCH TRAINING PERIODS".
   (f) DO NOT PROCESS PAY AT UNIT LEVEL.  DEO ASSUMES RESPONSIBILITY FOR PAY.
   (g) (PAYROLL:  NON-ADAPS).  (ADSW-CDSP).
   (h) THIS FUND CITE MAY BE TERMINATED WITHOUT NOTIFICATION BASED ON FUNDING.


FOR ARMY USE
Auth: Title 32 USC SUBSEC 502 (f)
HOR: ██████████        ████    ████████
APC DJMS-RC: E3E40D  TDC 40D ADSW-STATE PLANS
APC STANFINS Pay:  1D0C   APC STANFINS Travel: 1D0C
Acct clas:
 Enl pay/alw: 2132060 18-1035 P1M31.1C00-1198/1199/1210/1250 S35047  DS0  8BAAA
   SRN: COR3654264175*  JON/CCC: 1D0C49/491D0C  Cost Estimate: $   18,059
PEBD: 931108
Federal WE: M04
State tax code: OR
Marital status / Number of dependents: M03
Type of incentive pay: NONE
Type of special pay: NONE
Scty cl: SECRET
Format: 282


BY ORDER OF THE GOVERNOR:

                              \\\\\\\\\\\\\//////////
                              \\   HQ, ORARNG   //
                              \\     OFFICIAL    //
                              \\\\\\\\\\\\\//////////
DISTRIBUTION:                 RAYMOND F. REES
2-DCSPER, 1-DCSPER-O, 1-DCSOPS   Major General
3-USPFO, 1-DCSPER-SIB, 1-HRO     The Adjutant General


              FOR OFFICIAL USE ONLY - PRIVACY ACT
              FOR OFFICIAL USE ONLY - PRIVACY ACT

4/26/2017                          55.87.5.233/web/1212/121226361072.htm

```
                    OREGON MILITARY DEPARTMENT
                    JOINT FORCE HEADQUARTERS
                          PO BOX 14350
                    SALEM, OREGON 97309-5047
ORDERS 361-072                              26 December 2012

Following order is amended as indicated.

So much of:  Orders 264175 this Hq dtd 20 September 2012

Pertaining to:

    ADSW for CORDRYMARTINEZ AMBER         ████████  SSG  HHC 141 SPT BN
(QL1T0-641) ███████████             ████████████            97211

As reads: Period (TDY) : 01 October 2012 - 31 March 2013
How changed: IATR: Period (TDY) : 01 October 2012 - 31 December 2012
  VOCO: 30 September 2012
Auth: Title 32 USC SUBSEC 502 (f)
APC DJMS_RC: E3E40D  PM/TDC: DS0 40D ADSW-STATE PLANS
Format: 700  *

BY ORDER OF THE GOVERNOR:
                             \\\\\\\\\\\\\//////////////
                             \\   HQ,  ORARNG   //
                             \\     OFFICIAL    //
                             \\\\\\\\\\\\\//////////////
DISTRIBUTION:                RAYMOND F. REES
2-DCSPER, 1-DCSPER-O, 1-DCSOPS    Major General
3-USPFO, 1-DCSPER-SIB, 1-HRO      The Adjutant General

              FOR OFFICIAL USE ONLY - PRIVACY ACT
              FOR OFFICIAL USE ONLY - PRIVACY ACT
```

Cordry-Martinez v. Oregon Army National Guard,              Att. 1, Page 7 of 21
Case No. 6:17-CV-00663

OREGON MILITARY DEPARTMENT
JOINT FORCE HEADQUARTERS
PO BOX 14350
SALEM, OREGON 97309-5047

ORDERS 090-065                                    31 March 2013

CORDRYMARTINEZ AMBER          ████  SSG  HHC 141 SPT BN
(QL1T0-641) ████████ ██████    ████████        97211

You are ordered to Full Time National Guard Duty - Operational Support (FTNGD-OS)
for the period shown plus allowable travel time.  Upon completion of the period of
FTNGD-OS unless sooner released or extended by proper authority, you will return to
the place where you entered FTNGD-OS and be released from such duty.

Period (TDY) : 01 April 2013    - 02 May 2013
Report to: Salem, OR
Reporting time/date: 0800 01 April 2013
Purpose: Counterdrug Mission #: OR-13-0002
Additional instructions:
  (a) Soldiers with orders authorizing travel entitlements beyond mileage
      reimbursement will file their voucher utilizing DTS.  Mileage only
      entitlements can be reimbursed via Military Pay.
  (b) Quarters and mess are not available.
  (c) GVMT QTRS AND MEALS ARE PROVIDED 12-21 FEBRUARY 2013 ONLY.
  (d) "VHA IS PAYABLE DURING SUCH TRAINING PERIODS".
  (e) DO NOT PROCESS PAY AT UNIT LEVEL.  DEO ASSUMES RESPONSIBILITY FOR PAY.
  (f) THIS FUND CITE MAY BE TERMINATED WITHOUT NOTIFICATION BASED ON FUNDING.
  (g) (PAYROLL:  NON-ADAPS).  (ADSW-CDSP).

FOR ARMY USE
Auth: Title 32 USC SUBSEC 502 (f)
HOR:████████████████        ████████        ████████
APC DJMS-RC: E3E40D  TDC 40D ADSW-STATE PLANS
APC STANFINS Pay:  1D0C   APC STANFINS Travel: 1D0C
Acct clas:
 Enl pay/alw: 2132060 18-1035 P1M31.1C00-1198/1199/1210/1250 S35047  DS0  8BAAA
   SRN:  COR3654090065*  JON/CCC: 1D0C49/491D0C  Cost Estimate: $    6,969
PEBD: 931108
Federal WE: M04
State tax code: OR
Marital status / Number of dependents: M03
Type of incentive pay: NONE
Type of special pay: NONE
Scty cl: SECRET
Format: 282

BY ORDER OF THE GOVERNOR:
                              \\\\\\\\\\\\\\//////////
                              \\    HQ,  ORARNG    //
                              \\      OFFICIAL     //
                              \\\\\\\\\\\\\\//////////
DISTRIBUTION:                 RAYMOND F. REES
2-DCSPER, 1-DCSPER-O, 1-DCSOPS   Major General
3-USPFO, 1-DCSPER-SIB, 1-HRO  The Adjutant General

              FOR OFFICIAL USE ONLY - PRIVACY ACT
              FOR OFFICIAL USE ONLY - PRIVACY ACT

```
                        OREGON MILITARY DEPARTMENT
                        JOINT FORCE HEADQUARTERS
                             PO BOX 14350
                        SALEM, OREGON 97309-5047
ORDERS 108-374                                          18 April 2013

Following order is amended as indicated.

So much of:  Orders 090065 this Hq dtd 31 March 2013

Pertaining to:

    ADSW for CORDRYMARTINEZ AMBER           ████████  SSG  HHC 141 SPT BN
 (QL1T0-641) ███████████                  ███████████                   97211

As reads: Period (TDY) : 01 April 2013 - 02 May 2013
How changed: IATR:
   Period (TDY) : 01 April 2013 - 31 JUL 2013
Auth: Title 32 USC SUBSEC 502 (f)
APC DJMS_RC: E3E40D  PM/TDC: DS0 40D ADSW-STATE PLANS
Format: 700  *


BY ORDER OF THE GOVERNOR:
                                   \\\\\\\\\\\\//////////
                                   \\   HQ, ORARNG     //
                                   \\     OFFICIAL     //
                                   \\\\\\\\\\\\//////////
DISTRIBUTION:                      RAYMOND F. REES
2-DCSPER, 1-DCSPER-O, 1-DCSOPS     Major General
3-USPFO, 1-DCSPER-SIB, 1-HRO       The Adjutant General


                        FOR OFFICIAL USE ONLY - PRIVACY ACT
                        FOR OFFICIAL USE ONLY - PRIVACY ACT
```

```
                       OREGON MILITARY DEPARTMENT
                       JOINT FORCE HEADQUARTERS
                             PO BOX 14350
                        SALEM, OREGON 97309-5047
ORDERS 188-030                                    07 July 2013

Following order is amended as indicated.

So much of:  Orders 090065 this Hq dtd 31 March 2013

Pertaining to:

   ADSW for CORDRYMARTINEZ AMBER            ████  SSG  HHC 141 SPT BN
(QL1T0-641)  ████████                  ████                      97211

As reads:  Period (TDY) : 01 April 2013 - 31 JUL 2013
How changed: IATR:
   Period (TDY) : 01 April 2013 - 30 September 2013
   VOCO: 31MAR13
Auth: Title 32 USC SUBSEC 502 (f)
APC DJMS_RC: E3E40D  PM/TDC: DS0 40D ADSW-STATE PLANS
Format: 700  *

BY ORDER OF THE GOVERNOR:
                                \\\\\\\\\\\\\//////////////
                                \\    HQ,  ORARNG     //
                                \\     OFFICIAL       //
                                \\\\\\\\\\\\\//////////////
DISTRIBUTION:                   RAYMOND F. REES
2-DCSPER, 1-DCSPER-O, 1-DCSOPS  Major General
3-USPFO, 1-DCSPER-SIB, 1-HRO    The Adjutant General

                    FOR OFFICIAL USE ONLY - PRIVACY ACT
                    FOR OFFICIAL USE ONLY - PRIVACY ACT
```

OREGON MILITARY DEPARTMENT
JOINT FORCE HEADQUARTERS
PO BOX 14350
SALEM, OREGON 97309-5047

ORDERS 267-183                                        24 September 2013

CORDRYMARTINEZ AMBER        █████████ SSG  HHC 141 SPT BN
(QL1T0-641) █████████        ███████████████████        97211

You are ordered to Full Time National Guard Duty - Operational Support (FTNGD-OS)
for the period shown plus allowable travel time.  Upon completion of the period of
FTNGD-OS unless sooner released or extended by proper authority, you will return to
the place where you entered FTNGD-OS and be released from such duty.

Period (TDY) : 01 October 2013   - 13 December 2013
Report to: Salem, OR
Reporting time/date: 0800 01 October 2013
Purpose: Counterdrug Mission #: OR-14-0002
Additional instructions:
  (a) Soldiers with orders authorizing travel entitlements beyond mileage
      reimbursement will file their voucher utilizing DTS.  Mileage only
      entitlements can be reimbursed via Military Pay.
  (b) Quarters and mess are not available.
  (c) Travel arrangements made thru DTS. This is NOT a travel order.
  (d) DO NOT PROCESS PAY AT UNIT LEVEL.  DEO ASSUMES RESPONSIBILITY FOR PAY.
  (e) THIS FUND CITE MAY BE TERMINATED WITHOUT NOTIFICATION BASED ON FUNDING.
  (f) FTNGD-OS soldiers on long-term orders (>30days) will submit a
      DTS authorization within 30 days of start of duty.  This
      will reimburse for one round trip from HOR to Duty station.
  (g) "The Government's obligation hereunder is made contingent upon Congress
      enacting appropriations".

FOR ARMY USE
Auth: Title 32 USC SUBSEC 502 (f)
HOR: ██████████████         ████████████
APC DJMS-RC: E3E40D  TDC 40D ADSW-STATE PLANS
APC STANFINS Pay:  1D0C    APC STANFINS Travel: 1D0C
Acct clas:
  Enl pay/alw: 2142060 18-1035 P1M31.1C00-1198/1199/1210/1250 S35047  DS0  8BAAA
    SRN:  COR3654267183*  JON/CCC: 1D0C49/491D0C  Cost Estimate: $   15,388
PEBD: 931108
Federal WE: M04
State tax code: OR
Marital status / Number of dependents: M03
Type of incentive pay: NONE
Type of special pay: NONE
Scty cl: SECRET
Format: 282

BY ORDER OF THE GOVERNOR:
                            \\\\\\\\\\\\//////////
                            \\   HQ, ORARNG   //
                            \\     OFFICIAL     //
                            \\\\\\\\\\\\//////////
DISTRIBUTION:                DANIEL R. HOKANSON
2-DCSPER, 1-DCSPER-O, 1-DCSOPS  Major General
3-USPFO, 1-DCSPER-SIB, 1-HRO    The Adjutant General

FOR OFFICIAL USE ONLY - PRIVACY ACT
FOR OFFICIAL USE ONLY - PRIVACY ACT

```
                        OREGON MILITARY DEPARTMENT
                        JOINT FORCE HEADQUARTERS
                              PO BOX 14350
                        SALEM, OREGON 97309-5047
ORDERS 294-035                                        21 October 2013

Following order is amended as indicated.

So much of:  Orders 267183 this Hq dtd 24 September 2013

Pertaining to:

    ADSW for CORDRYMARTINEZ AMBER              SSG  HHC 141 SPT BN
(QL1T0-641)                                                    97211

As reads: Period (TDY) : 01 October 2013 - 13 December 2013
How changed: IATR:
  Period (TDY) : 01 October 2013 - 31 March 2014
Auth: Title 32 USC SUBSEC 502 (f)
APC DJMS_RC: E3E40D  PM/TDC: DS0 40D STATE PLANS, TPU
Format: 700  *

BY ORDER OF THE GOVERNOR:

                                  \\\\\\\\\\\\\///////////
                                  \\   HQ,  ORARNG    //
                                  \\     OFFICIAL     //
                                  \\\\\\\\\\\\\///////////
DISTRIBUTION:                     DANIEL R. HOKANSON
2-DCSPER, 1-DCSPER-O, 1-DCSOPS    Major General
3-USPFO, 1-DCSPER-SIB, 1-HRO      The Adjutant General
1-JFHQ

                        FOR OFFICIAL USE ONLY - PRIVACY ACT
                        FOR OFFICIAL USE ONLY - PRIVACY ACT
```

```
                      OREGON MILITARY DEPARTMENT
                      JOINT FORCE HEADQUARTERS
                           PO BOX 14350
                      SALEM, OREGON 97309-5047
ORDERS 056-178                                    25 February 2014

Following order is amended as indicated.

So much of:  Orders 267183 this Hq dtd 24 September 2013

Pertaining to:

    ADSW for CORDRYMARTINEZ AMBER          ████████ SSG  HHC 141 SPT BN
(QL1T0-641) ████████████          ████████████            97211

As reads: Period (TDY) : 01 October 2013 - 13 December 2013
How changed: IATR:
   Period (TDY) : 01 October 2013 - 30 June 2014
Auth: Title 32 USC SUBSEC 502 (f)
APC DJMS_RC: E3E40D  PM/TDC: DS0 40D STATE PLANS, TPU
Format: 700  *


BY ORDER OF THE GOVERNOR:
                                   \\\\\\\\\\\\//////////
                                   \\   HQ, ORARNG    //
                                   \\      OFFICIAL      //
                                   \\\\\\\\\\\\//////////
DISTRIBUTION:                      DANIEL R. HOKANSON
2-DCSPER, 1-DCSPER-O, 1-DCSOPS     Major General
3-USPFO, 1-DCSPER-SIB, 1-HRO       The Adjutant General


                   FOR OFFICIAL USE ONLY - PRIVACY ACT
                   FOR OFFICIAL USE ONLY - PRIVACY ACT
```

4/26/2017                              55.87.5.233/web/1406/140603154038.htm

OREGON MILITARY DEPARTMENT
JOINT FORCE HEADQUARTERS
PO BOX 14350
SALEM, OREGON 97309-5047

ORDERS 154-038                                        03 June 2014

CORDRYMARTINEZ AMBER        ███████  SSG  HHC 141 SPT BN
(QL1T0-641)      ████████████                    97211

You are ordered to Full Time National Guard Duty - Operational Support (FTNGD-OS)
for the period shown plus allowable travel time.  Upon completion of the period of
FTNGD-OS unless sooner released or extended by proper authority, you will return to
the place where you entered FTNGD-OS and be released from such duty.

Period (TDY) : 01 July 2014      - 30 September 2014
Report to: Salem, OR
Reporting time/date: 0800 1 July 2014
Purpose: Counterdrug Mission #: OR-14-0002
Additional instructions:
  (a) Soldiers with orders authorizing travel entitlements beyond mileage
      reimbursement will file their voucher utilizing DTS.  Mileage only
      entitlements can be reimbursed via Military Pay.
  (b) Soldier within commute distance, roundtrip mileage only, no perdiem.
  (c) Gvmt QTRS and MESS are not available. Enlisted soldier due BAS.
  (d) No travel or per diem entitlements authorized.
  (e) You are responsible for reporting to your next duty location/school in
      satisfactory physical condition, able to pass the APFT and meet weight
      standards.
  (f) DO NOT PROCESS PAY AT UNIT LEVEL.  DSO ASSUMES RESPONSIBILITY FOR PAY.
  (g) All travelers are reminded that under Public Law 105-264, use of the
      government travel card is mandatory for all lodging expenses, and other
      authorized TDY expenses incurred by the traveler unless the traveler has
      been exempted.  ATM advance is authorized on this order, advance will not
      exceed an average of $30.00 per day for each day of TDY.
  (h) FTNGD-OS soldiers on long-term orders (>30days) will submit a
      DTS authorization within 30 days of start of duty.  This
      will reimburse for one round trip from HOR to Duty station.
  (i) All leave accrued during the period of duty must be taken prior to the
      end date for the period of duty.  Extensions of period of duty to
      accomodate taking leave will not be granted.  Cash payout of unused
      leave is not authorized.

FOR ARMY USE
Auth: Title 32 USC SUBSEC 502 (f)
HOR: ████████████████  ████████████
APC DJMS-RC: E3E40D  TDC 40D STATE PLANS, TPU

FOR OFFICIAL USE ONLY - PRIVACY ACT
FOR OFFICIAL USE ONLY - PRIVACY ACT

ORDERS  154-038  HQ OR NG, OTAG,  03 June 2014
APC STANFINS Pay:  1D0O   APC STANFINS Travel: 1D0O
Acct clas:
 Enl pay/alw: 2142060 18-1035 P1M31.1200-1198/1199/1210/1250 S35047  DS0  8BAAA
   SRN: COR3654154038*  JON/CCC: 1D0O49/491D0O  Cost Estimate: $  19,264
PEBD: 931108
Federal WE: M04
State tax code: OR
Marital status / Number of dependents: M03
Type of incentive pay: NONE
Type of special pay: NONE
Scty cl: SECRET
Format: 282

Cordry-Martinez v. Oregon Army National Guard,          Att. 1, Page 14 of 21
Case No. 6:17-CV-00663

```
BY ORDER OF THE GOVERNOR:
                                    \\\\\\\\\\\//////////
                                    \\    HQ, ORARNG    //
                                    \\     OFFICIAL     //
                                    \\\\\\\\\\\//////////
DISTRIBUTION:                       DANIEL R. HOKANSON
2-DCSPER, 1-DCSPER-O, 1-DCSOPS      Major General
3-USPFO, 1-DCSPER-SIB, 1-HRO        The Adjutant General


              FOR OFFICIAL USE ONLY - PRIVACY ACT
              FOR OFFICIAL USE ONLY - PRIVACY ACT
```

Cordry-Martinez v. Oregon Army National Guard,
Case No. 6:17-CV-00663

Att. 1, Page 15 of 21

OREGON MILITARY DEPARTMENT
JOINT FORCE HEADQUARTERS
PO BOX 14350
SALEM, OREGON 97309-5047

ORDERS 265-035                                        22 September 2014

CORDRYMARTINEZ AMBER          ████        SSG  HHC 141 SPT BN
(QL1T0-641)  ████          ████                    97211

You are ordered to Full Time National Guard Duty - Operational Support (FTNGD-OS)
for the period shown plus allowable travel time.  Upon completion of the period of
FTNGD-OS unless sooner released or extended by proper authority, you will return to
the place where you entered FTNGD-OS and be released from such duty.

Period (TDY) : 01 October 2014   - 31 December 2014
Report to: Salem, OR
Reporting time/date: 0800 01 October 2014
Purpose: Counterdrug Mission #: OR-15-0002
Additional instructions:
   (a) Soldiers with orders authorizing travel entitlements beyond mileage
       reimbursement will file their voucher utilizing DTS.  Mileage only
       entitlements can be reimbursed via Military Pay.
   (b) Soldier within commute distance, roundtrip mileage only, no perdiem.
   (c) Gvmt QTRS and MESS are not available. Enlisted soldier due BAS.
   (d) DO NOT PROCESS PAY AT UNIT LEVEL.  DSO ASSUMES RESPONSIBILITY FOR PAY.
   (e) All travelers are reminded that under Public Law 105-264, use of the
       government travel card is mandatory for all lodging expenses, and other
       authorized TDY expenses incurred by the traveler unless the traveler has
       been exempted.  ATM advance is authorized on this order, advance will not
       exceed an average of $30.00 per day for each day of, TDY.
   (f) No travel or per diem entitlements authorized.
   (g) You are responsible for reporting to your next duty location/school in
       satisfactory physical condition, able to pass the APFT and meet weight
       standards.
   (h) FTNGD-OS soldiers on long-term orders (>30days) will submit a
       DTS authorization within 30 days of start of duty.  This
       will reimburse for one round trip from HOR to Duty station.
   (i) All leave accrued during the period of duty must be taken prior to the
       end date for the period of duty.  Extensions of period of duty to
       accomodate taking leave will not be granted.  Cash payout of unused
       leave is not authorized.
   (j) "The Government's obligation hereunder is made contingent upon Congress
       enacting appropriations".


FOR ARMY USE
Auth: Title 32 USC SUBSEC 502 (f)

                     FOR OFFICIAL USE ONLY - PRIVACY ACT
                     FOR OFFICIAL USE ONLY - PRIVACY ACT

ORDERS  265-035  HQ OR NG, OTAG,  22 September 2014
HOR: ████
APC DJMS-RC: E3E40D  TDC 40D STATE PLANS, TPU
APC STANFINS Pay:  1D0O   APC STANFINS Travel: 1D0O
Acct clas:
 Enl pay/alw: 2152060 18-1035 P1M31.1200-1198/1199/1210/1250 S35047  DS0  8BAAA
    SRN: COR3654265035*  JON/CCC: 1D0O49/491D0O  Cost Estimate: $   19,264
PEBD: 931108
Federal WE: M04
State tax code: OR
Marital status / Number of dependents: M03
Type of incentive pay: NONE
Type of special pay: NONE
Scty cl: SECRET

4/26/2017                              55.87.5.233/web/1409/140922265035.htm

```
   Format: 282

BY ORDER OF THE GOVERNOR:
                                   \\\\\\\\\\\//////////
                                   \\    HQ,  ORARNG    //
                                   \\     OFFICIAL      //
                                   \\\\\\\\\\\//////////
DISTRIBUTION:                      DANIEL R. HOKANSON
2-DCSPER, 1-DCSPER-O, 1-DCSOPS     Major General
3-USPFO, 1-DCSPER-SIB, 1-HRO       The Adjutant General

              FOR OFFICIAL USE ONLY - PRIVACY ACT
```

Cordry-Martinez v. Oregon Army National Guard,          Att. 1, Page 17 of 21
Case No. 6:17-CV-00663

```
                        OREGON MILITARY DEPARTMENT
                        JOINT FORCE HEADQUARTERS
                             PO BOX 14350
                        SALEM, OREGON 97309-5047
ORDERS 362-007                                      28 December 2014

CORDRYMARTINEZ AMBER         ████████  SSG  HHC 141 SPT BN
(QL1T0-641) 10000 NE 33RD DRIVE           PORTLAND OR 97211      97211


You are ordered to Full Time National Guard Duty - Operational Support (FTNGD-OS)
for the period shown plus allowable travel time.  Upon completion of the period of
FTNGD-OS unless sooner released or extended by proper authority, you will return to
the place where you entered FTNGD-OS and be released from such duty.

Period (TDY) : 01 January 2015   - 01 February 2015
Report to: Salem, OR
Reporting time/date: 0800 01 January 2015
Purpose: CDSP Mission #: OR-15-0002
Additional instructions:
   (a) Soldiers with orders authorizing travel entitlements beyond mileage
       reimbursement will file their voucher utilizing DTS.  Mileage only
       entitlements can be reimbursed via Military Pay.
   (b) Quarters and mess are not available.
   (c) You are ordered to active duty with your consent and the consent of
       The Adjutant General of Oregon.
       Travel by POV is auth not to exceed total travel cost of $3,000.
       Quarters and meals are not available.
       Rental car is not authorized.
   (d) DO NOT PROCESS PAY AT UNIT LEVEL.  DSO ASSUMES RESPONSIBILITY FOR PAY.
   (e) THIS FUND CITE MAY BE TERMINATED WITHOUT NOTIFICATION BASED ON FUNDING.


FOR ARMY USE
Auth: Title 32 USC SUBSEC 502 (f)
HOR: ████████              ████████        ████████
APC DJMS-RC: E3E40D  TDC 40D STATE PLANS, TPU
APC STANFINS Pay: 1D0O   APC STANFINS Travel: 1D0O
Acct clas:
 Enl pay/alw: 2152060 18-1035 P1M31.1200-1198/1199/1210/1250 S35047  DS0  8BAAA
   SRN: COR3654362007*  JON/CCC: 1D0O49/491D0O  Cost Estimate: $   6,955
PEBD: 931108
Federal WE: M04
State tax code: OR
Marital status / Number of dependents: M03
Type of incentive pay: NONE
Type of special pay: NONE
Scty cl: SECRET
Format: 282


BY ORDER OF THE GOVERNOR:
                              \\\\\\\\\\\\\//////////
                              \\  HQ, ORARNG   //
                              \\   OFFICIAL    //
                              \\\\\\\\\\\\\//////////
DISTRIBUTION:                 DANIEL R. HOKANSON
2-DCSPER, 1-DCSPER-O, 1-DCSOPS   Major General
3-USPFO, 1-DCSPER-SIB, 1-HRO     The Adjutant General


            FOR OFFICIAL USE ONLY - PRIVACY ACT
```

FOR OFFICIAL USE ONLY - PRIVACY ACT

```
                    OREGON MILITARY DEPARTMENT
                    JOINT FORCE HEADQUARTERS
                          PO BOX 14350
                    SALEM, OREGON 97309-5047
ORDERS 014-047                                      14 January 2015

Following order is amended as indicated.

So much of:  Orders 362007 this Hq dtd 28 December 2014

Pertaining to:

   ADSW for CORDRYMARTINEZ AMBER        ██████    SSG  HHC 141 SPT BN
(QL1T0-641) 10000 NE 33RD DRIVE           PORTLAND OR 97211        97211

As reads: Period (TDY) : 01 January 2015 - 01 February 2015
How changed: IATR:
  Period (TDY) : 01 January 2015 - 31 March 2015
  VOCO: 31DEC14
Auth: Title 32 USC SUBSEC 502 (f)
APC DJMS_RC: E3E40D  PM/TDC: DS0 40D STATE PLANS, TPU
Format: 700  *

BY ORDER OF THE GOVERNOR:

                                 \\\\\\\\\\\\//////////
                                 \\   HQ, ORARNG    //
                                 \\     OFFICIAL     //
                                 \\\\\\\\\\\\//////////
DISTRIBUTION:                    DANIEL R. HOKANSON
2-DCSPER, 1-DCSPER-O, 1-DCSOPS   Major General
3-USPFO, 1-DCSPER-SIB, 1-HRO     The Adjutant General

                FOR OFFICIAL USE ONLY - PRIVACY ACT
                FOR OFFICIAL USE ONLY - PRIVACY ACT
```

Cordry-Martinez v. Oregon Army National Guard,          Att. 1, Page 20 of 21
Case No. 6:17-CV-00663

```
                      OREGON MILITARY DEPARTMENT
                      JOINT FORCE HEADQUARTERS
                            PO BOX 14350
                       SALEM, OREGON 97309-5047
ORDERS 054-046                                       23 February 2015


Following order is amended as indicated.

So much of:  Orders 362007 this Hq dtd 28 December 2014

Pertaining to:

   ADSW for CORDRYMARTINEZ AMBER      ███████  SSG  HHC 141 SPT BN
(QL1T0-641) 10000 NE 33RD DRIVE           PORTLAND OR 97211        97211

As reads: Period (TDY) : 01 January 2015 - 01 February 2015
How changed: IATR:
   Period (TDY) : 01 January 2015 - 30 September 2015
Auth: Title 32 USC SUBSEC 502 (f)
APC DJMS_RC: E3E40D  PM/TDC: DS0 40D STATE PLANS, TPU
Format: 700  *


BY ORDER OF THE GOVERNOR:
                                \\\\\\\\\\\\//////////
                                \\   HQ, ORARNG    //
                                \\    OFFICIAL     //
                                \\\\\\\\\\\\//////////
DISTRIBUTION:                   DANIEL R. HOKANSON
2-DCSPER, 1-DCSPER-O, 1-DCSOPS  Major General
3-USPFO, 1-DCSPER-SIB, 1-HRO    The Adjutant General

                  FOR OFFICIAL USE ONLY - PRIVACY ACT
                  FOR OFFICIAL USE ONLY - PRIVACY ACT
```