```
                        OREGON MILITARY DEPARTMENT
                         JOINT FORCE HEADQUARTERS
                              PO BOX 14350
                         SALEM, OREGON 97309-5047
ORDERS 331-023                                          27 November 2011

SANTOYO THEODORE J          ███████████    CSM  HHC/1-186 IN
(PRPT0-741)    ████████████████            ████████████     97520
```

You are ordered to Full Time National Guard Duty - Operational Support (FTNGD-OS) for the period shown plus allowable travel time. Upon completion of the period of FTNGD-OS unless sooner released or extended by proper authority, you will return to the place where you entered FTNGD-OS and be released from such duty.

Period (TDY) : 16 November 2011  - 31 March 2012
Report to: AASF #1  Salem, OR
Reporting time/date: 0800 16 November 2011
Purpose: Counterdrug Mission #: OR-12-0005
Additional instructions:
  (a) Soldiers with orders authorizing travel entitlements beyond mileage
      reimbursement will file their voucher utilizing DTS.  Mileage only
      entitlements can be reimbursed via Military Pay.
  (b) Travel by POV is authorized as most advantageous to the GVMT.
  (c) Quarters and meals are not available.
  (d) Travel arrangements made thru DTS.
      THIS IS NOT A TRAVEL ORDER.
  (e) Receipts for lodging are required for reimbursement.
      You are responsible for reporting to your next duty station or school in
      satisfactory physical condition, able to pass the APFT, and meet weight
      standards.
  (f) "VHA IS PAYABLE DURING SUCH TRAINING PERIODS".
  (g) DO NOT PROCESS PAY AT UNIT LEVEL.  DEO ASSUMES RESPONSIBILITY FOR PAY.
  (h) (PAYROLL:  NON-ADAPS).  (ADSW-CDSP).
  (i) THIS FUND CITE MAY BE TERMINATED WITHOUT NOTIFICATION BASED ON FUNDING.

FOR ARMY USE
Auth: Title 32 USC SUBSEC 502 (f) Confirms verbal orders of the
    Adjutant General, OR, 11 November  2011
HOR: ██████████████████████████████████████████
APC DJMS-RC: E3E40D   TDC 40D ADSW-STATE PLANS
APC STANFINS Pay:  1D0C   APC STANFINS Travel: 1D0C
Acct clas:
 Enl pay/alw: 2122060 18-1035 P1M31.1C00-1198/1199/1210/1250 S35047  DS0  8BAAA
    SRN: SAN3214331023*  JON/CCC: 1D0C49/491D0C  Cost Estimate: $   41,825
PEBD: 840330
Federal WE: M00
State tax code: OR
Marital status / Number of dependents: M03

                    FOR OFFICIAL USE ONLY - PRIVACY ACT
                    FOR OFFICIAL USE ONLY - PRIVACY ACT

ORDERS  331-023  HQ OR NG, OTAG,  27 November 2011

Type of incentive pay: NONE
Type of special pay: NONE
Scty cl: SECRET
Format: 282

BY ORDER OF THE GOVERNOR:

                              \\\\\\\\\\\\\\\\\//////////////
                              \\     HQ, ORARNG         //
                              \\       OFFICIAL         //
                              \\\\\\\\\\\\\\\\\//////////////



Cordry-Martinez v. Oregon Army National Guard,                Att. 2, Page 1 of 16
Case No. 6:17-CV-00663

```
DISTRIBUTION:                    RAYMOND F. REES
2-DCSPER, 1-DCSPER-O, 1-DCSOPS   Major General
3-USPFO, 1-DCSPER-SIB, 1-HRO     The Adjutant General
```

FOR OFFICIAL USE ONLY - PRIVACY ACT
FOR OFFICIAL USE ONLY - PRIVACY ACT

```
                         OREGON MILITARY DEPARTMENT
                          JOINT FORCE HEADQUARTERS
                               PO BOX 14350
                          SALEM, OREGON 97309-5047
ORDERS 074-180                                              14 March 2012

Following order is amended as indicated.

So much of:  Orders 331023 this Hq dtd 27 November 2011

Pertaining to:

   ADSW for SANTOYO THEODORE J          ███   CSM  HHC/1-186 IN
(PRPT0-741)    ███████████████████████████                      97520

As reads: Period (TDY) : 16 November 2011 - 31 March 2012
How changed: IATR:
   Period (TDY) : 16 November 2011 - 15 April 2012
Auth: Title 32 USC SUBSEC 502 (f)
APC DJMS_RC: E3E40D   PM/TDC: DS0 40D ADSW-STATE PLANS
Format: 700   *

BY ORDER OF THE GOVERNOR:
                                       \\\\\\\\\\\\\\////////////
                                       \\     HQ,  ORARNG      //
                                       \\        OFFICIAL      //
                                       \\\\\\\\\\\\\\////////////
DISTRIBUTION:                          RAYMOND F. REES
2-DCSPER, 1-DCSPER-O, 1-DCSOPS         Major General
3-USPFO, 1-DCSPER-SIB, 1-HRO           The Adjutant General

                    FOR OFFICIAL USE ONLY - PRIVACY ACT
                    FOR OFFICIAL USE ONLY - PRIVACY ACT
```

Cordry-Martinez v. Oregon Army National Guard, Case No. 6:17-CV-00663    Att. 2, Page 3 of 16

```
                        OREGON MILITARY DEPARTMENT
                         JOINT FORCE HEADQUARTERS
                              PO BOX 14350
                         SALEM, OREGON 97309-5047
ORDERS 099-231                                              08 April 2012

SANTOYO THEODORE J  ▆▆▆▆▆▆▆▆    CSM  HHC/1-186 IN
(PRPT0-741)         ▆▆▆▆▆▆▆▆                    ▆▆▆▆▆▆▆▆▆▆    97520
```

You are ordered to Full Time National Guard Duty - Operational Support (FTNGD-OS) for the period shown plus allowable travel time. Upon completion of the period of FTNGD-OS unless sooner released or extended by proper authority, you will return to the place where you entered FTNGD-OS and be released from such duty.

Period (TDY) : 16 April 2012    - 18 May 2012
Report to: AASF #1, Salem, OR
Reporting time/date: 0800 16 April 2012
Purpose: Counterdrug Mission #: OR-12-0005
Additional instructions:
  (a) Soldiers with orders authorizing travel entitlements beyond mileage
      reimbursement will file their voucher utilizing DTS.  Mileage only
      entitlements can be reimbursed via Military Pay.
  (b) Travel by POV is authorized as most advantageous to the GVMT.
  (c) Quarters and meals are not available.
  (d) Travel arrangements made thru DTS.
      THIS IS NOT A TRAVEL ORDER.
  (e) Receipts for lodging are required for reimbursement.
      You are responsible for reporting to your next duty station or school in
      satisfactory physical condition, able to pass the APFT, and meet weight
      standards.
  (f) "VHA IS PAYABLE DURING SUCH TRAINING PERIODS".
  (g) DO NOT PROCESS PAY AT UNIT LEVEL.  DEO ASSUMES RESPONSIBILITY FOR PAY.
  (h) (PAYROLL:  NON-ADAPS).  (ADSW-CDSP).

FOR ARMY USE
Auth: Title 32 USC SUBSEC 502 (f)
HOR: ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
APC DJMS-RC: E3E40D   TDC 40D ADSW-STATE PLANS
APC STANFINS Pay:  1D0C   APC STANFINS Travel: 1D0C
Acct clas:
  Enl pay/alw: 2122060 18-1035 P1M31.1C00-1198/1199/1210/1250 S35047  DS0  8BAAA
   SRN:  SAN3214099231*   JON/CCC: 1D0C49/491D0C  Cost Estimate: $   10,948
PEBD: 840330
Federal WE: M00
State tax code: OR
Marital status / Number of dependents: M03

                     FOR OFFICIAL USE ONLY - PRIVACY ACT
                     FOR OFFICIAL USE ONLY - PRIVACY ACT

ORDERS  099-231  HQ OR NG, OTAG,  08 April 2012

Type of incentive pay: NONE
Type of special pay: NONE
Scty cl: SECRET
Format: 282

BY ORDER OF THE GOVERNOR:
                                         \\\\\\\\\\\\\\//////////////
                                         \\      HQ, ORARNG        //
                                         \\         OFFICIAL       //
                                         \\\\\\\\\\\\\\//////////////
DISTRIBUTION:                            RAYMOND F. REES
2-DCSPER, 1-DCSPER-O, 1-DCSOPS           Major General
```

Cordry-Martinez v. Oregon Army National Guard,                Att. 2, Page 4 of 16
Case No. 6:17-CV-00663

```
   3-USPFO, 1-DCSPER-SIB, 1-HRO            The Adjutant General
                       FOR OFFICIAL USE ONLY - PRIVACY ACT
                       FOR OFFICIAL USE ONLY - PRIVACY ACT
```

```
                    OREGON MILITARY DEPARTMENT
                     JOINT FORCE HEADQUARTERS
                          PO BOX 14350
                     SALEM, OREGON 97309-5047
ORDERS 123-148                                          02 May 2012

Following order is amended as indicated.

So much of:  Orders 099231 this Hq dtd 08 April 2012

Pertaining to:

   ADSW for SANTOYO THEODORE J  [REDACTED]   CSM  HHC/1-186 IN
(PRPT0-741) [REDACTED]                                      97520

As reads: Period (TDY) : 16 April 2012 - 18 May 2012
How changed: IATR:
  Period (TDY) : 16 April 2012 - 30 September 2012
  VOCO: 08APR12
Auth: Title 32 USC SUBSEC 502 (f)
APC DJMS_RC: E3E40D  PM/TDC: DS0 40D ADSW-STATE PLANS
Format: 700  *

BY ORDER OF THE GOVERNOR:
                                 \\\\\\\\\\\\\//////////////
                                 \\      HQ, ORARNG       //
                                 \\        OFFICIAL       //
                                 \\\\\\\\\\\\\//////////////
DISTRIBUTION:                    RAYMOND F. REES
2-DCSPER, 1-DCSPER-O, 1-DCSOPS   Major General
3-USPFO, 1-DCSPER-SIB, 1-HRO     The Adjutant General

              FOR OFFICIAL USE ONLY - PRIVACY ACT
              FOR OFFICIAL USE ONLY - PRIVACY ACT
```

```
                      OREGON MILITARY DEPARTMENT
                       JOINT FORCE HEADQUARTERS
                            PO BOX 14350
                       SALEM, OREGON 97309-5047
ORDERS 292-048                                      18 October 2012

Following order is amended as indicated.

So much of:  Orders 264178 this Hq dtd 20 September 2012

Pertaining to:

   ADSW for SANTOYO THEODORE J  ████████    CSM   HHC/1-186 IN
(PRPT0-741) ████████████████████████████                       97520

As reads: Period (TDY) : 01 October 2012 - 31 December 2012
How changed: IATR:
  Period (TDY) : 01 October 2012 - 31 March 2013
Auth: Title 32 USC SUBSEC 502 (f)
APC DJMS_RC: E3E40D  PM/TDC: DS0 40D ADSW-STATE PLANS
Format: 700  *

BY ORDER OF THE GOVERNOR:
                                    \\\\\\\\\\\\\\\//////////////
                                    \\      HQ,  ORARNG       //
                                    \\         OFFICIAL       //
                                    \\\\\\\\\\\\\\\//////////////
DISTRIBUTION:                       RAYMOND F. REES
2-DCSPER, 1-DCSPER-O, 1-DCSOPS      Major General
3-USPFO, 1-DCSPER-SIB, 1-HRO        The Adjutant General

                    FOR OFFICIAL USE ONLY - PRIVACY ACT
                    FOR OFFICIAL USE ONLY - PRIVACY ACT
```

```
                    OREGON MILITARY DEPARTMENT
                    JOINT FORCE HEADQUARTERS
                         PO BOX 14350
                    SALEM, OREGON 97309-5047
ORDERS 057-140                                      26 February 2013

Following order is amended as indicated.

So much of:  Orders 264178 this Hq dtd 20 September 2012

Pertaining to:

   ADSW for SANTOYO THEODORE J            CSM  ORARNG TRNG SITE CO
(92HAA-243)

As reads: Period (TDY) : 01 October 2012 - 31 March 2013
How changed: IATR:
   Period (TDY) : 01 October 2012 - 30 September 2013
Auth: Title 32 USC SUBSEC 502 (f)
APC DJMS_RC: E3E40D  PM/TDC: DS0 40D ADSW-STATE PLANS
Format: 700  *

BY ORDER OF THE GOVERNOR:
                                    \\\\\\\\\\\\\\\\//////////////
                                    \\      HQ, ORARNG          //
                                    \\         OFFICIAL         //
                                    \\\\\\\\\\\\\\\\//////////////
DISTRIBUTION:                       RAYMOND F. REES
2-DCSPER, 1-DCSPER-O, 1-DCSOPS      Major General
3-USPFO, 1-DCSPER-SIB, 1-HRO        The Adjutant General

              FOR OFFICIAL USE ONLY - PRIVACY ACT
              FOR OFFICIAL USE ONLY - PRIVACY ACT
```

Cordry-Martinez v. Oregon Army National Guard, Case No. 6:17-CV-00663                    Att. 2, Page 8 of 16

```
                    OREGON MILITARY DEPARTMENT
                    JOINT FORCE HEADQUARTERS
                         PO BOX 14350
                      SALEM, OREGON 97309-5047
```

ORDERS 267-186                                          24 September 2013

SANTOYO THEODORE J  ▮▮▮▮▮▮▮▮  CSM  ORARNG TRNG CENTER
(92HAA-243)  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

You are ordered to Full Time National Guard Duty - Operational Support (FTNGD-OS) for the period shown plus allowable travel time. Upon completion of the period of FTNGD-OS unless sooner released or extended by proper authority, you will return to the place where you entered FTNGD-OS and be released from such duty.

Period (TDY) : 01 October 2013  - 29 March 2014
Report to: Salem, OR
Reporting time/date: 0800 01 October 2013
Purpose: Counterdrug Mission #: OR-14-0005
Additional instructions:
  (a) Soldiers with orders authorizing travel entitlements beyond mileage reimbursement will file their voucher utilizing DTS. Mileage only entitlements can be reimbursed via Military Pay.
  (b) Quarters and mess are not available.
  (c) Travel arrangements made thru DTS. This is NOT a travel order.
  (d) DO NOT PROCESS PAY AT UNIT LEVEL. DEO ASSUMES RESPONSIBILITY FOR PAY.
  (e) THIS FUND CITE MAY BE TERMINATED WITHOUT NOTIFICATION BASED ON FUNDING.
  (f) All travelers are reminded that under Public Law 105-264, use of the government travel card is mandatory for all lodging expenses, and other authorized TDY expenses incurred by the traveler unless the traveler has been exempted. ATM advance is authorized on this order, advance will not exceed an average of $30.00 per day for each day of TDY.
  (g) FTNGD-OS soldiers on long-term orders (>30days) will submit a DTS authorization within 30 days of start of duty. This will reimburse for one round trip from HOR to Duty station.
  (h) "The Government's obligation hereunder is made contingent upon Congress enacting appropriations".

FOR ARMY USE
Auth: Title 32 USC SUBSEC 502 (f)
HOR: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
APC DJMS-RC: E3E40D   TDC 40D ADSW-STATE PLANS
APC STANFINS Pay:  1D0C    APC STANFINS Travel: 1D0C
Acct clas:
 Enl pay/alw: 2142060 18-1035 P1M31.1C00-1198/1199/1210/1250 S35047 DS0 8BAAA
  SRN: SAN3214267186*  JON/CCC: 1D0C49/491D0C  Cost Estimate: $   57,337
PEBD: 840330
Federal WE: M00
State tax code: OR
Marital status / Number of dependents: M03

                FOR OFFICIAL USE ONLY - PRIVACY ACT
                FOR OFFICIAL USE ONLY - PRIVACY ACT

ORDERS  267-186  HQ OR NG, OTAG,  24 September 2013

Type of incentive pay: NONE
Type of special pay: NONE
Scty cl: SECRET
Format: 282

BY ORDER OF THE GOVERNOR:

                              \\\\\\\\\\\\\\//////////////
                              \\     HQ,  ORARNG       //
                              \\        OFFICIAL       //

Cordry-Martinez v. Oregon Army National Guard,        Att. 2, Page 9 of 16
Case No. 6:17-CV-00663

```
                                    \\\\\\\\\\\//////////
 DISTRIBUTION:                      DANIEL R. HOKANSON
 2-DCSPER, 1-DCSPER-O, 1-DCSOPS     Major General
 3-USPFO, 1-DCSPER-SIB, 1-HRO       The Adjutant General

                   FOR OFFICIAL USE ONLY - PRIVACY ACT
                   FOR OFFICIAL USE ONLY - PRIVACY ACT
```

Cordry-Martinez v. Oregon Army National Guard,      Att. 2, Page 10 of 16
Case No. 6:17-CV-00663

```
                    OREGON MILITARY DEPARTMENT
                    JOINT FORCE HEADQUARTERS
                         PO BOX 14350
                    SALEM, OREGON 97309-5047
ORDERS 050-100                                    19 February 2014

Following order is amended as indicated.

So much of:  Orders 267186 this Hq dtd 24 September 2013

Pertaining to:

   ADSW for SANTOYO THEODORE J            CSM   ORARNG TRNG CENTER
(92HAA-243)

As reads: Period (TDY) : 01 October 2013 - 29 March 2014
How changed: IATR:
   Period (TDY) : 01 October 2013 - 30 September 2014
Auth: Title 32 USC SUBSEC 502 (f)
APC DJMS_RC: E3E40D  PM/TDC: DS0 40D STATE PLANS, TPU
Format: 700  *

BY ORDER OF THE GOVERNOR:
                                    \\\\\\\\\\\\\\\\////////////
                                    \\    HQ, ORARNG         //
                                    \\       OFFICIAL        //
                                    \\\\\\\\\\\\\\\\////////////
DISTRIBUTION:                       DANIEL R. HOKANSON
2-DCSPER, 1-DCSPER-O, 1-DCSOPS      Major General
3-USPFO, 1-DCSPER-SIB, 1-HRO        The Adjutant General

                   FOR OFFICIAL USE ONLY - PRIVACY ACT
                   FOR OFFICIAL USE ONLY - PRIVACY ACT
```

OREGON MILITARY DEPARTMENT
JOINT FORCE HEADQUARTERS
PO BOX 14350
SALEM, OREGON 97309-5047

ORDERS 265-033                                                22 September 2014

SANTOYO THEODORE J   [REDACTED]   CSM   ORARNG TRNG CENTER
(92HAA-243)       [REDACTED]

You are ordered to Full Time National Guard Duty - Operational Support (FTNGD-OS) for the period shown plus allowable travel time. Upon completion of the period of FTNGD-OS unless sooner released or extended by proper authority, you will return to the place where you entered FTNGD-OS and be released from such duty.

Period (TDY) : 01 October 2014  - 31 December 2014
Report to: Salem, OR
Reporting time/date: 0800 01 October 2014
Purpose: Counterdrug Mission #: OR-15-0004
Additional instructions:
  (a) Soldiers with orders authorizing travel entitlements beyond mileage reimbursement will file their voucher utilizing DTS. Mileage only entitlements can be reimbursed via Military Pay.
  (b) Soldier within commute distance, roundtrip mileage only, no perdiem.
  (c) Gvmt QTRS and MESS are not available. Enlisted soldier due BAS.
  (d) DO NOT PROCESS PAY AT UNIT LEVEL. DSO ASSUMES RESPONSIBILITY FOR PAY.
  (e) No travel or per diem entitlements authorized.
  (f) All travelers are reminded that under Public Law 105-264, use of the government travel card is mandatory for all lodging expenses, and other authorized TDY expenses incurred by the traveler unless the traveler has been exempted. ATM advance is authorized on this order, advance will not exceed an average of $30.00 per day for each day of TDY.
  (g) You are responsible for reporting to your next duty location/school in satisfactory physical condition, able to pass the APFT and meet weight standards.
  (h) FTNGD-OS soldiers on long-term orders (>30days) will submit a DTS authorization within 30 days of start of duty. This will reimburse for one round trip from HOR to Duty station.
  (i) All leave accrued during the period of duty must be taken prior to the end date for the period of duty. Extensions of period of duty to accomodate taking leave will not be granted. Cash payout of unused leave is not authorized.
  (j) "The Government's obligation hereunder is made contingent upon Congress enacting appropriations".

FOR ARMY USE
Auth: Title 32 USC SUBSEC 502 (f)

                        FOR OFFICIAL USE ONLY - PRIVACY ACT
                        FOR OFFICIAL USE ONLY - PRIVACY ACT

ORDERS  265-033  HQ OR NG, OTAG,  22 September 2014
HOR: [REDACTED]
APC DJMS-RC: E3E40D  TDC 40D STATE PLANS, TPU
APC STANFINS Pay:  1D0O    APC STANFINS Travel: 1D0O
Acct clas:
  Enl pay/alw: 2152060 18-1035 P1M31.1200-1198/1199/1210/1250 S35047   DS0   8BAAA
    SRN: SAN3214265033*   JON/CCC: 1D0049/491D00  Cost Estimate: $   30,498
PEBD: 840330
Federal WE: M00
State tax code: OR
Marital status / Number of dependents: M03
Type of incentive pay: NONE
Type of special pay: NONE
Scty cl: TOP SECRET

```
   Format: 282

   BY ORDER OF THE GOVERNOR:
                                       \\\\\\\\\\\//////////
                                       \\    HQ, ORARNG    //
                                       \\     OFFICIAL     //
                                       \\\\\\\\\\\//////////
   DISTRIBUTION:                       DANIEL R. HOKANSON
   2-DCSPER, 1-DCSPER-O, 1-DCSOPS      Major General
   3-USPFO, 1-DCSPER-SIB, 1-HRO        The Adjutant General

                    FOR OFFICIAL USE ONLY - PRIVACY ACT
                    FOR OFFICIAL USE ONLY - PRIVACY ACT
```

```
                     OREGON MILITARY DEPARTMENT
                     JOINT FORCE HEADQUARTERS
                           PO BOX 14350
                     SALEM, OREGON 97309-5047
ORDERS 362-008                                      28 December 2014

SANTOYO THEODORE J   [REDACTED]      CSM  ORARNG TRNG CENTER
(92HAA-243) 33168 PATRIOT WAY        WARRENTON OR       97146

You are ordered to Full Time National Guard Duty - Operational Support (FTNGD-OS)
for the period shown plus allowable travel time.  Upon completion of the period of
FTNGD-OS unless sooner released or extended by proper authority, you will return to
the place where you entered FTNGD-OS and be released from such duty.

Period (TDY) : 01 January 2015   - 01 February 2015
Report to: Salem, OR
Reporting time/date: 0800 01 January 2015
Purpose: Counterdrug Mission #: OR-15-0004
Additional instructions:
   (a) Soldiers with orders authorizing travel entitlements beyond mileage
       reimbursement will file their voucher utilizing DTS.  Mileage only
       entitlements can be reimbursed via Military Pay.
   (b) Quarters and mess are not available.
   (c) You are ordered to active duty with your consent and the consent of
       The Adjutant General of Oregon.
       Travel by POV is auth not to exceed total travel cost of $3,000.
       Quarters and meals are not available.
       Rental car is not authorized.
   (d) DO NOT PROCESS PAY AT UNIT LEVEL.  DSO ASSUMES RESPONSIBILITY FOR PAY.
   (e) THIS FUND CITE MAY BE TERMINATED WITHOUT NOTIFICATION BASED ON FUNDING.

FOR ARMY USE
Auth: Title 32 USC SUBSEC 502 (f)
HOR: [REDACTED]
APC DJMS-RC: E3E40D  TDC 40D STATE PLANS, TPU
APC STANFINS Pay: 1D0O   APC STANFINS Travel: 1D0O
Acct clas:
 Enl pay/alw: 2152060 18-1035 P1M31.1200-1198/1199/1210/1250 S35047  DS0  8BAAA
   SRN: SAN3214362008*  JON/CCC: 1D0O49/491D0O  Cost Estimate: $   11,095
PEBD: 840330
Federal WE: M00
State tax code: OR
Marital status / Number of dependents: M03
Type of incentive pay: NONE
Type of special pay: NONE
Scty cl: TOP SECRET
Format: 282

BY ORDER OF THE GOVERNOR:
                                    \\\\\\\\\\\\\\\/////////////
                                    \\    HQ, ORARNG      //
                                    \\      OFFICIAL      //
                                    \\\\\\\\\\\\\\\/////////////
DISTRIBUTION:                       DANIEL R. HOKANSON
2-DCSPER, 1-DCSPER-O, 1-DCSOPS      Major General
3-USPFO, 1-DCSPER-SIB, 1-HRO        The Adjutant General

                     FOR OFFICIAL USE ONLY - PRIVACY ACT
```

FOR OFFICIAL USE ONLY - PRIVACY ACT

```
                     OREGON MILITARY DEPARTMENT
                     JOINT FORCE HEADQUARTERS
                          PO BOX 14350
                     SALEM, OREGON 97309-5047
ORDERS 054-047                                          23 February 2015

Following order is amended as indicated.

So much of:  Orders 362008 this Hq dtd 28 December 2014

Pertaining to:

   ADSW for SANTOYO THEODORE J             CSM   ORARNG TRNG CENTER
(92HAA-243) 33168 PATRIOT WAY           WARRENTON OR          97146

As reads: Period (TDY) : 01 January 2015 - 01 February 2015
How changed: IATR:
  Period (TDY) : 01 January 2015 - 30 September 2015
Auth: Title 32 USC SUBSEC 502 (f)
APC DJMS_RC: E3E40D  PM/TDC: DS0 40D STATE PLANS, TPU
Format: 700  *

BY ORDER OF THE GOVERNOR:
                                    \\\\\\\\\\\\///////////
                                    \\    HQ, ORARNG    //
                                    \\     OFFICIAL     //
                                    \\\\\\\\\\\\///////////
DISTRIBUTION:                       DANIEL R. HOKANSON
2-DCSPER, 1-DCSPER-O, 1-DCSOPS      Major General
3-USPFO, 1-DCSPER-SIB, 1-HRO        The Adjutant General

             FOR OFFICIAL USE ONLY - PRIVACY ACT
             FOR OFFICIAL USE ONLY - PRIVACY ACT
```

Cordry-Martinez v. Oregon Army National Guard,
Case No. 6:17-CV-00663

Att. 2, Page 16 of 16