**Micah D. Fargey** (OSB No. 096814)
micah@fargeylaw.com
FARGEY LAW PC
7307 SW Beveland Street, Suite 200
Portland, OR 97223
Telephone: (503) 946-9426
Facsimile: (503) 342-8332

Attorneys for Plaintiff
**Amber Cordry-Martinez**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **AMBER CORDRY-MARTINEZ**, an individual, | Case No. 6:17-CV-00663-MC |
| Plaintiff, | NOTICE OF DISMISSAL |
| vs. | |
| **OREGON ARMY NATIONAL GUARD**, an Oregon state agency, | |
| Defendant. | |

1 – NOTICE OF DISMISSAL

**To the Court, the Clerk, and All Parties and their Counsel of Record:**

Pursuant to Rule 41 (1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Amber

Cordry-Martinez ("Plaintiff") hereby dismisses this action.

Respectfully submitted this 23rd day of July, 2018.

FARGEY LAW PC

*/s/ Micah D. Fargey*
**Micah D. Fargey** (OSB No. 096814)
micah@fargeylaw.com
7307 SW Beveland Street, Suite 200
Portland, OR 97223
Telephone: (503) 946-9426
Facsimile: (503) 342-8332

Attorneys for Plaintiff
**Amber Cordry-Martinez**